LATHAM & WATKINS LLP
  Manuel A. Abascal (CA Bar No. 171301)
  *manny.abascal@lw.com*
  Casandra L. Thomson (CA Bar No. 235778)
  *casandra.thomson@lw.com*
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

BALLARD SPAHR LLP
  Geoffrey A. Kahn (*admitted pro hac vice*)
  *kahn@ballardspahr.com*
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:  (215) 665-8500
Fax:  (215) 864-8999

Attorneys for Defendant
Capmark Finance Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-cv-04104-RSWL-JC |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT AND STIPULATION AND REQUEST TO CONTINUE STAY AND VACATE STATUS CONFERENCE** |
| vs. | |
| CAPMARK FINANCE INC., | |
| Defendant. | |

LATHAM&WATKINS LLP   LA\2513878.2
ATTORNEYS AT LAW
LOS ANGELES

JOINT STATUS REPORT AND
REQUEST TO CONTINUE STAY AND
VACATE STATUS CONFERENCE

## STATUS REPORT

Plaintiff the United States of America (the "United States") and Defendant Capmark Finance Inc. ("Capmark") respectfully submit this Joint Status Report pursuant to the Court's January 18, 2012 Order, and further request that the Court continue the stay of this matter for an additional thirty (30) days and vacate the Status Conference currently scheduled for March 22, 2012. In support of their request, the United States and Capmark (collectively the "Parties") state as follows:

1. On January 10, 2012, the Parties advised the Court they had reached a settlement of this matter and were in the process of obtaining the necessary approvals to execute the Settlement Agreement.

2. Thereafter, the United States received authorization from the Associate Attorney General for the Justice Department to execute the Settlement Agreement.

3. On February 6, 2012, the United States Bankruptcy Court for the District of Delaware, which is presiding over Capmark's bankruptcy proceedings (*In re Capmark Financial Group, Inc., et al.*, No. 09-13684 (CSS) (Bankr. Del.)), issued an Order approving the Parties' Settlement Agreement and authorizing Capmark to execute the Settlement Agreement.

3. Upon receipt of the necessary approvals, the Parties executed the Settlement Agreement.

4. Capmark has made a partial payment of the Settlement Amount.

5. In order to make the remaining payment of the Settlement Amount, Capmark must go through a process that involves selling certain Notes and common stock. Capmark is presently finalizing the paperwork to authorize a broker to sell Notes and common stock, and once that sale occurs Capmark will be in a position to make the final settlement payment. Capmark expects to be able to make this final payment by the expiration of the stay period requested herein.

1   6.   Thereafter, the Parties will file a joint stipulation to dismiss this Action with prejudice in accordance with the Settlement Agreement.

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to this Court's approval, that:

1.   The stay of this matter shall be continued for an additional thirty (30) days, through April 18, 2012, to provide the Parties with adequate time to comply with the terms of the Settlement Agreement; and

2.   The Status Conference currently scheduled for March 22, 2012 shall be vacated.

Dated:  March 15, 2012          By: */s/ Casandra L. Thomson*

Manuel A. Abascal
Casandra L. Thomson
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
(213) 485-1234

Geoffrey A. Kahn
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:  (215) 665-8500
Fax:  (215) 864-8999

Attorneys for Defendant
Capmark Finance Inc.

Dated:  March 15, 2012          By: */s/ Daniel Hugo Fruchter_(with permission)*
Joyce R. Branda
Renée Brooker
Daniel Hugo Fruchter
Patricia M. Fitzgerald
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2265

Attorneys for the United States

LATHAM&WATKINS LLP  LA\2513878.2
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STATUS REPORT AND
REQUEST TO CONTINUE STAY AND
VACATE STATUS CONFERENCE